LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone   (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA McCULLEY<br><br>Plaintiff,<br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, et al.<br><br>Defendants. | Case No. C 06 0649 CW<br><br>**STIPULATION AND REQUEST FOR VOLUNTARY DISMISSAL** |

Plaintiff requests dismissal without prejudice of the captioned action pursuant to Fed. R. Civ. Pro. 41(a). Defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., and JOHNSON & JOHNSON, having filed an answer in this action, stipulate to that dismissal.

Dated: June 28, 2006

LEVIN SIMES KAISER & GORNICK LLP

_____
Emily Charley
Attorneys for Plaintiff

Dated: June 28, 2006

DRINKER BIDDLE & REATH LLP

_____
Charles F. Preuss
Steven M. Selna
Owen J. Rescher
Attorneys for Defendants
Janssen, L.P., Janssen Pharmaceutica Inc., and Johnson & Johnson

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/10/06

_____
United States District Court

STIPULATION FOR VOLUNTARY DISMISSAL                                          PAGE 1